ACCEPTED
03-14-00709-CV
5038931
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/27/2015 10:46:08 AM
JEFFREY D. KYLE
CLERK



**DUGGINS
WREN
MANN &
ROMERO, LLP**

One American Center
600 Congress
Suite 1900
Austin, TX 78701

P.O. Box 1149
Austin, TX 78767

p: 512.744.9300
f: 512.744.9399
www.dwmrlaw.com

April 27, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

4/27/2015 10:46:08 AM

JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle, Clerk
Court of Appeals for the Third District of Texas
P. O. Box 12547
Austin, Texas  78711-2547

RE:     Court of Appeals No. 03-14-00709-CV
        Trial Court Case No. D-1-GN-13-003434

        *Entergy Texas, Inc. v. Public Utility Commission of Texas et al.*

Dear Mr. Kyle:

        This acknowledges receipt of your letter dated March 24, 2015, giving notice that this appeal will be submitted on May 6, 2015, at 1:30 p.m.  I will appear and argue on behalf of Appellant, Entergy Texas, Inc.

                                Sincerely,

                                Marnie A. McCormick
                                mmccormick@dwmrlaw.com

MAM:alm

cc:     Elizabeth R. B. Sterling
        Sara J. Ferris
        Rex VanMiddlesworth